452 A.2d 37

Commonwealth v. Balliet, Appellant.

Submitted April 5, 1982.

Nicholas M. Zanakos, Assistant Public Defender, for appellant, Donald Corriere, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.